RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2022 MAY 18 PM 1:40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARLOS M. VELEZ-CRUZ,<br>Defendant. | **INDICTMENT (SEALED)**<br><br>CRIMINAL NO. 22-216 (RAM)<br><br>18 U.S.C. § 1014 (False statements in relation to loan application),<br>18 U.S.C. § 1344 (Bank Fraud),<br><br>(5 Counts and Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## GENERAL ALLEGATIONS

At all times material to this Indictment and within the District of Puerto Rico:

Defendant CARLOS M. VELEZ-CRUZ was the President and owner of First Security Mortgage, Inc. (FSM), a corporation organized under the laws of the Commonwealth of Puerto Rico and engaged in the business of originating residential mortgage loans in Puerto Rico.

Caribe Federal Credit Union (CFCU) was a "financial institution," as the term is defined in Title 18, United States Code, Section 20(2), in that its accounts were insured by the National Credit Union Share Insurance Fund.

CFCU was a "financial institution," as the term is defined in Title 18, United States Code, Section 20(3), in that it was a member of the Federal home loan bank system.

*Cooperativa de Ahorro y Crédito de los Empleados de Centro Médico* (CentroCoop) was an insured State-chartered credit union, in that its funds were insured by Corporación Pública Para Supervisión y Seguro de Cooperativas de Puerto Rico, known by its acronym in Spanish as "COSSEC."

All references in this indictment to a specific date or dollar amount shall be understood to mean a date or dollar amount value which is "on or about" the stated date or dollar amount.

Indictment
United States v. Carlos M. Vélez-Cruz
Page 2

## COUNT 1
## Bank Fraud
## Title 18, United States Code, Section 1344(2)

The General Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein.   On March 13, 2019, in the District of Puerto Rico and elsewhere,

**CARLOS M. VELEZ-CRUZ,**

the defendant herein, did knowingly and willfully execute and attempt to execute a scheme to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody of a financial institution, that is, Caribe Federal Credit Union, by means of materially false and fraudulent pretenses, representations and promises, that is, defendant, in applying for a line of credit for FSM at CFCU, falsely represented to CFCU that FSM was the holder of a promissory note (*pagaré*, in Spanish), dated January 16, 2019, in the amount of $117,750, payable to the holder of the note and signed by a borrower whose initials are D.G.F.; for the purpose of providing CFCU with collateral for said line of credit, causing CFCU to disburse approximately $91,800 to FSM, when in truth and in fact, and as the defendant well knew, FSM sold the promissory note to a third party on February 20, 2019, and therefore, FSM was not the holder of said note at the time of the line of credit transaction mentioned herein; all in violation of Title 18, United States Code, Section 1344.

## COUNT 2
## Bank Fraud
## Title 18, United States Code, Section 1344(2)

The General Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein. On March 25, 2019, in the District of Puerto Rico and elsewhere,

**CARLOS M. VELEZ-CRUZ,**

the defendant herein, did knowingly and willfully execute and attempt to execute a scheme to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody of a financial institution, that is, Caribe Federal Credit Union, by means of materially false and fraudulent pretenses, representations and promises, that is, defendant, in applying for a line of credit for FSM at CFCU, falsely represented to CFCU that FSM was the holder of a promissory note (*pagaré*, in Spanish), dated January 22, 2019, in the amount of $176,000, payable to the holder of the note and signed by a borrower whose initials are R.F.E., for the purpose of providing CFCU with collateral for said line of credit, causing CFCU to disburse approximately $140,800 to FSM, when in truth and in fact, and as the defendant well knew, FSM sold the promissory note to a third party on February 27, 2019, and therefore, FSM was not the holder of said note at the time of the line of credit transaction mentioned herein; all in violation of Title 18, United States Code, Section 1344.

Indictment
United States v. Carlos M. Vélez-Cruz
Page 4

## COUNT 3
## Bank Fraud
## Title 18, United States Code, Section 1344(2)

The General Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein. On May 24, 2019, in the District of Puerto Rico and elsewhere,

**CARLOS M. VELEZ-CRUZ,**

the defendant herein, did knowingly and willfully execute and attempt to execute a scheme to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody of a financial institution, that is, Caribe Federal Credit Union, by means of materially false and fraudulent pretenses, representations and promises, that is, defendant, in applying for a line of credit for FSM at CFCU, falsely represented to CFCU that FSM was the holder of a promissory note (*pagaré*, in Spanish), dated April 15, 2019, in the amount of $91,000 payable to the holder of the note and signed by a borrower whose initials are R.D.B.; for the purpose of providing CFCU with collateral for said line of credit, causing CFCU to disburse approximately $72,800 to FSM, when in truth and in fact, and as the defendant well knew, FSM sold the promissory note to a third party on May 22, 2019, and therefore, FSM was not the holder of said note at the time of the line of credit transaction mentioned herein; all in violation of Title 18, United States Code, Section 1344.

## COUNT 4
## Bank Fraud
## Title 18, United States Code, Section 1344(2)

The General Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein. On May 3, 2019, in the District of Puerto Rico and elsewhere,

**CARLOS M. VELEZ-CRUZ,**

the defendant herein, did knowingly and willfully execute and attempt to execute a scheme to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody of a financial institution, that is, Caribe Federal Credit Union, by means of materially false and fraudulent pretenses, representations and promises, that is, defendant, in applying for a line of credit for FSM at CFCU, falsely represented to CFCU that FSM was the holder of a promissory note (*pagaré*, in Spanish), dated May 3, 2019, in the amount of $93,345 payable to the holder of the note and signed by a borrower whose initials are A.V.O.; for the purpose of providing CFCU with collateral for said line of credit, causing CFCU to disburse $84,010.50 to FSM, when in truth and in fact, and as the defendant well knew, said promissory note was never executed by the borrower and was therefore, void; all in violation of Title 18, United States Code, Section 1344.

## COUNT 5
### False statement in relation to loan application
### Title 18, United States Code, Section 1014

The General Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein. On December 26, 2019, in the District of Puerto Rico and elsewhere,

**CARLOS M. VELEZ-CRUZ,**

the defendant herein, did knowingly and willfully did make a false statement and report, for the purpose of influencing the action of *Cooperativa de Ahorro y Crédito de los Empleados de Centro Médico* (CentroCoop), an insured State-chartered credit union, that is, during the sale of a mortgage originated by FSM on a property affected by a mortgage, defendant falsely represented to CentroCoop that the original mortgage on the property had been paid off and that FSM was the holder of a promissory note (*pagaré*, in Spanish), dated August 2019, in the amount of $188,000 payable to the holder of the note and signed by borrowers whose initials are H.A.R. and C.G.R., when in truth and in fact, and as the defendant well knew, FSM never paid off the original mortgage on the property and was not the holder of the abovementioned promissory note at the time of the transaction with CentroCoop, having transferred the promissory note on August 23, 2019 to a third party to serve as collateral to a line a credit; all in violation of Title 18, United States Code, Section 1014.

Indictment
United States v. Carlos M. Vélez-Cruz
Page 7

## FORFEITURE ALLEGATIONS

Upon conviction of one or more of the offenses alleged in Counts 1 to 5 of this Indictment, defendant **CARLOS M. VELEZ-CRUZ** shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including but not limited to the following:

1. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 8563(p) as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above. All in accordance with Title 18, United States Code, Section 982(b), Title 28, United States Code, Section 2461(c), and Federal Rules of Criminal Procedure Rule 32.2.

TRUE BILL

FOREPERSON

W. STEPHEN MULDROW
United States Attorney

*[signature]*
Seth Erbe
Assistant U.S. Attorney
Chief, Financial Fraud and Public Corruption Section

*[signature]*
José A. Ruiz-Santiago
Assistant U.S. Attorney